

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00278-CV

## IN THE ESTATE OF JULIA LOPEZ, DECEASED

**From the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 2014 0322 PRl**

## MEMORANDUM OPINION

On August 20, 2018, appellant, Andrew Lopez, filed his notice of appeal in this matter. On March 3, 2020, appellant notified this Court that he filed a Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Western District of Texas, Waco Division, on March 2, 2020. Moreover, in his notice, appellant provided all the pertinent information required by Texas Rule of Appellate Procedure 8.1. *See* TEX. R. APP. P. 8.1. Furthermore, there is no indication that appellants' bankruptcy case is no longer pending. Therefore, given the above, further action in this appeal has been automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal suspended; administratively closed
Opinion delivered and filed March 11, 2020
[CV06]

